**Jodie Lynn MAHAN, Plaintiff/Respondent,**

v.

**Andrew Hugh MAHAN, Defendant/Appellant.**

No. ED 77317.

Missouri Court of Appeals, Eastern District, Division Two.

Feb. 13, 2001.

Andrew Hugh Mahan, Maryland Heights, pro se.

Jodie Lynn Mahan, Beavercreek, OH, pro se.

case by order of the Supreme Court after her appointment to the Supreme Court.

Before AHRENS, P.J., CRANDALL and JAMES R. DOWD, JJ.

## ORDER

PER CURIAM.

Father, Andrew H. Mahan, appeals from the trial court's judgment, overruling his motion to modify the decree of dissolution of his marriage to mother, Jodie Lynn Mahan, and his motion to hold mother in contempt.

We have reviewed the record on appeal and find that the judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion would have no precedential value. The judgment is affirmed. Rule 84.16(b).